UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SARRI ANNE SINGER, et al.,

               Plaintiffs,

  - v –

BANK OF PALESTINE,

               Defendants.

No. 1:19-cv-00006-ENV-RLM

---

## RULE 7.1 STATEMENT OF DEFENDANT BANK OF PALESTINE

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Bank of Palestine makes the following disclosure through its undersigned counsel:

1. Bank of Palestine does not have a parent corporation; and

2. No publicly held corporation owns 10% or more of the Bank of Palestine's stock.

Dated: February 26, 2019

Respectfully submitted,
SQUIRE PATTON BOGGS (US) LLP

/s/ Gassan A. Baloul
Gassan A. Baloul
Squire Patton Boggs (US) LLP
30 Rockefeller Plaza, 23rd Floor
New York, New York 10112
Telephone: (212) 872-9800
Facsimile: (212) 872-9815

Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
*Counsel for Defendant Bank of Palestine*

## CERTIFICATE OF SERVICE

I hereby certify this 26th day of February, 2019, the foregoing Corporate Disclosure Statement for Defendant Bank of Palestine was served on all counsel through the Court's electronic filing system.

*/s/ Gassan A. Baloul*
*Counsel for Defendant*
*Bank of Palestine*
