

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, D.C. 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com

Mitchell R. Berger
T  +1 202 457 5601
mitchell.berger@squirepb.com

May 17, 2019

**VIA ECF**

Hon. Eric N. Vitaliano
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Singer, et al. v. Bank of Palestine*, **Case No. 1:19-cv-00006 (ENV) (RML)**

Dear Judge Vitaliano:

    This law firm represents the Defendant, Bank of Palestine ("BOP"), in the above-referenced action. We write pursuant to the Court's Order of May 13, 2019, in which the Court granted BOP leave to proceed with its motion to dismiss the Complaint and directed the parties to file a joint proposed briefing schedule. The parties have conferred and agreed upon the following schedule, subject to the Court's approval:

- Moving papers shall be due on or before August 17, 2019;

- Opposition papers shall be due on or before September 23, 2019;

- Reply papers shall be due on or before October 15, 2019.

    The parties respectfully request that the Court so-order the above schedule for the briefing of BOP's motion to dismiss.

Respectfully submitted,

Squire Patton Boggs (US) LLP

Mitchell R. Berger

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.
010-8780-7461/1/AMERICAS