OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601                    1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400   F. 201.265.0303                                                    T.212.354.0111

June 10, 2021

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     ***Singer, et al. v. Bank of Palestine,*** **19-cv-006 (ENV) (RML)**

Dear Magistrate Judge Levy:

We represent Plaintiffs in the above-referenced action.

On April 30, 2021, Judge Vitaliano granted the parties 120 days for discovery to establish whether the Court has personal jurisdiction over Bank of Palestine. *See* ECF No. 46. On May 10, 2021, the parties submitted a Joint Stipulation and Proposed Protective Order that would provide confidentiality for any discovery produced. *See* ECF No. 47.

Accordingly, in order to help facilitate the ongoing discovery process, Plaintiffs request that Your Honor enter the Proposed Protective Order.

Respectfully submitted,

/s/ Gary M. Osen

cc:     All Counsel