UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARRI ANNE SINGER, et al.,<br><br>            Plaintiffs,<br><br>-against-<br><br>BANK OF PALESTINE,<br><br>            Defendant. | 19-cv-006 (ENV) (RML) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of Defendant's Motion for a Protective Order Regarding Plaintiffs' Third-Party Subpoenas; the accompanying exhibits; and such other matters as may be presented at the hearing on this Motion or prior to the Court's decision thereon, Defendant Bank of Palestine will move this Court on April 19, 2022 at 2:30 p.m., before the Honorable Robert M. Levy, United States Magistrate Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order quashing Plaintiffs' third-party subpoenas pursuant to Fed. R. Civ. P. 26(b)(2) and Fed. R. Civ. P. 26(c), and for such other further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's February 22, 2022 Scheduling Order, papers in opposition to this motion shall be due on or before April 1, 2022 and papers in reply shall be due on or before April 11, 2022.

| | |
|---|---|
| Dated: March 11, 2021 | Respectfully submitted,<br>**SQUIRE PATTON BOGGS (US) LLP**<br><br>/s/ *Gassan A. Baloul*<br>Gassan A. Baloul (DC Bar 1034245)<br>gassan.baloul@squirepb.com<br>Mitchell R. Berger (DC Bar 385467)<br>mitchell.berger@squirepb.com<br><br>2550 M Street, N.W.<br>Washington, D.C. 20037<br>Telephone: (202) 457-6000<br>Facsimile: (202) 457-6315<br><br>1211 Sixth Avenue, 26th Floor<br>New York, NY 10036<br>Telephone: (212) 872-9800<br>Facsimile: (212) 872-9815<br><br>*Counsel for Defendant Bank of Palestine* |