

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 264 0303

1441 Broadway, New York, NY 10018
T: 212 354 0111
www.osenlaw.com

April 12, 2022

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Singer v. Bank of Palestine*, 19-cv-0006 (ENV)(RML)
            **Motion to Extend Time for Plaintiffs' Reply Brief**

Dear Magistrate Judge Levy:

    Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to file their reply in support of their motion to compel from April 18 to April 25, 2022. Plaintiffs seek this extension because BOP filed its opposition brief to the motion to compel on April 11, rather than on its deadline, April 8 (April 25 also avoids the end of the Passover holiday). BOP has already consented to the April 25 date, as indicated in its second request for an extension relating to this motion, filed on April 7, 2022, ECF No. 73.

    Plaintiffs have not previously moved for an extension in relation to their motion to compel. BOP has made two prior requests for an extension in relation to the motion to compel, ECF Nos. 72 & 73, the first of which the Court granted; the second is *sub judice*.

    The hearing on this motion is currently scheduled for May 11, 2022; while of course we will be guided by the Court, the requested extension should not require moving that date from the perspective of the parties. *See* ECF No. 73 (BOP's counsel indicating that the extension of the briefing schedule to April 25 should not require an adjournment of the hearing).

                                                            Respectfully submitted,

                                                            /s/ Michael J. Radine
                                                            Michael J. Radine

cc:    All counsel