

# DAN REGARD
## Managing Director



🏠 3000 K Street NW, Suite 330
Washington, DC 20007

☎ 202.249.7877

✉ dan@idsinc.com

in Profile on LinkedIn

🐦 @iDiscoveryInc

🌐 idsinc.com

### SUMMARY

Mr. Regard is an electronic discovery and computer science consultant with 30 years' experience in consulting to legal and corporate entities. A programmer and an attorney by training, Mr. Regard has conducted system investigations, created data collections, and managed discovery on over a thousand matters. He is responsible for the development and implementation of case and matter strategies that leverage technology in litigation and investigations. Mr. Regard has both national and international experience advising on such issues as electronic discovery, computer forensics, structured data, and information management. He is a frequent speaker, teacher, and publisher on issues of electronic discovery.

Prior to founding iDiscovery Solutions, Inc. in 2008, Mr. Regard was the national director of e-Discovery for LECG. He was also the national director of Electronic Evidence & Consulting for FTI Consulting and was an electronic discovery and data analytics team leader in Analytical Dispute Services at Deloitte & Touche, where he managed multi-national, multi-jurisdictional, and multi-counsel litigation support projects. He began his career as the founder of a nationwide litigation-technology company.

Mr. Regard is a member of the Sedona Conference WG1: Electronic Document Retention and Production, and WG6: International Electronic Information Management, Discovery and Disclosure.  He is a board member of Georgetown Advanced Institute for e-Discovery, one of the original four founders of the E-Discovery Institute (EDI), and a founding member of the Masters Cabinet. Mr. Regard is the founder of b-Discovery, a monthly e-Discovery networking group that meets throughout the United States.



**SELECT COMPUTER FORENSIC EXPERIENCE**

- In the international consumer electronics industry, analyzed dozens of computers and databases related to e-tail marketing of counterfeit goods.
- In the military armor industry, analyzed computers, removable devices, and emails related to theft of intellectual property.
- In trucking and transportation, conducted a search and destroy mission to eradicate U.S. military grade design documents from European-based engineering offices.
- Before the international trade commission, located, traced and remediated the disclosure of privileged documents via FTP configurations and Internet search bots.
- In the financial sector, conducted an in-depth analysis of Microsoft Exchange email and Bloomberg chat messages.
- In medical device industry, testified on the definition, content and functionality of "native format" for emails and other user documents.
- In the insurance industry, analyzed and testified on metadata artifacts related to water remediation cost estimate files.

**EDUCATION**

- BS in Computer Science, University of Southwestern Louisiana
- JD, Tulane University
- MBA, Tulane University
- Certificate in European Legal Practice, Tulane University

**PUBLICATIONS (Past 10 Years)**

1. D. Regard, _Mobile Devices_, in Hon. Xavier Rodriguez et al., _Essentials of E-Discovery_ (Texas State Bar Assn., 2021).

2. D. Regard, Published Interview, _Taking Advantage of an Emergent New Area of Evidence_, Corporate Counsel Business Journal. (March-April 2020).

3. D. Regard, _The Internet of Things Brings Risks and Rewards: A network of devices emitting massive amounts of data provides answers – and raises ethical concerns_, Metropolitan Corporate Counsel, Interview (June 21, 2016).



4.   D. Regard, _The Apple, the Fall and the Exile:  The International Effect of Hacking One iPhone, Digital Discovery and E-Evidence_ (BNA, March, 2016) ([http://www.bna.com/apple-fall-exile-n57982068332/](http://www.bna.com/apple-fall-exile-n57982068332/))

5.   D. Regard, T. Irgang, _Will Apple give in to FBI demands to hack into a San Bernardino shooter's phone?_, SmartCEO, Interview (Feb. 2016).

6.   D. Regard, _The FBI's Battle with Apple over the San Bernardino iPhone: The agency's request from the technology giant could have long-reaching implications_, Metropolitan Corporate Counsel, Interview (Feb. 2016).

7.   D. Regard, C. Platt, _A Brief Legal History of Time: Part Two of Two_, Digital Discovery and E-Evidence (BNA, February 2016).

8.   D. Regard, C. Platt, _A Brief Legal History of Time: Part One of Two_, Digital Discovery and E-Evidence (BNA, January 2016).

9.   D. Regard et al, _The Federal Judges' Guide to Discovery_ (2nd ed.), Format of Discovery, Electronic Discovery Institute (Jan. 2016).

10.   D. Regard, _Proportionality, FRCP Changes and the Perspective of a Litigation Technologist_, Metropolitan Corporate Counsel, Interview (Dec. 2015).

11.   D. Regard, _The Real Problem: Technology_, Metropolitan Corporate Counsel (Dec. 2015).

12.   D. Regard et al, The Duke Law Center Proportionality Guidelines, _Guidelines and Practices for Implementing the 2015 Discovery Amendments to Achieve Proportionality_, Judicature (2015).

13.   D. Regard & Hon. R. Hedges (Ret.), _Application of Search Analytics in the Healthcare Profession_, Journal of AHIMA (May 2015).

14.   D. Regard & K. Shuart, _Consensus Coding: A Game Changer for Human Review_, Metropolitan Corporate Counsel (Jan. 2015).

15.   D. Regard & J. Whitehead, _Digital Coordination: Is Your Computer Forensics Investigation A Symphony or A Circus?_ The Metropolitan Corporate Counsel (Dec. 2013).

16.   D. Regard & T. Matzen, _A Re-Examination of Blair & Maron (1985)_ ICAL 2013 DESI V (June 2013).

17.   D. Regard, _Predictive Coding_, educational video, (BNA publications, 2012).

18.   D. Regard & A. Diana, _Shifting E-Discovery Costs to the Losing Party_ (Executive Counsel, Sept. 2012).

19.   D. Regard & K Brady, _Agnes and the Best Evidence Rule or Why You'll Never Get an Original Copy and Why It Doesn't Matter_, Digital Discovery and E-Evidence (BNA Insight, May 10, 2012).


20. The Sedona Conference, _The Sedona Principles for the Mitigation of Conflicts Between EU Data Protection Laws and US Preservation and Discovery Obligations_ (Jan. 2012).

21. D. Regard & D. Kessler, _The Discovery of Structured Data_, in Hon. Mag. Paul W. Grimm et al., _Managing E-Discovery & ESI: From Pre-Litigation to Trial_ (American Bar Assn 2011).

22. The Sedona Conference, _The Sedona Conference Database Principles: Addressing the Preservation & Production of Databases & Database Information in Civil Litigation_ (Nov. 2011).


**SPECIAL MASTER and COURT APPOINTED NEUTRAL EXPERIENCE**

1. Special Master, E-Discovery, _In Re: Generic Pharmaceuticals Pricing Antitrust Litigation_, 2:16-md-02724-CMR, 2019.

2. Netural Application Data Examiner, _Joseph Strauch and Timothy Colby et al. on behalf of other similarly situated individuals v. Computer Sciences Corporation_, U.S. District Court for the District of Connecticut, USDC Civil No. 3:14-cv-00956 (JBA), 2019. Appointed by the Court at the nomination of the Plaintiff, later, served as Plaintiff's expert.

3. Neutral Forensic Examiner, _Yahoo! Inc. Customer Data Security Breach Litigation_, Superior Court of the State of California for the County of Orange, No. 16-MD-02752-LHK, 2018.

4. Court appointed expert, _Abilify (Aripiprazole) Products Liability Litigation_, U.S. District Court for The Northern District of Florida, Pensacola Division, Case No. 3:16-MD-2734, 2017.

5. Independent Expert, _Klipsch Group, Inc., v. Big Box Limited et al_, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), March 2014.

6. E-Discovery Neutral, _Legg v. American Eagle Outfitters, Inc._, U.S. District Court, Southern District of Florida, Case No. 0:14-cv-61058-BB, 2014.

7. E-Discovery Special Master, _Federal Trade Commission v. Boehringer Ingelheim Pharmaceuticals, Inc._, U.S. District Court, District of Columbia, 2010-2011.


**TESTIFYING EXPERIENCE (Past 10 Years)**

1. Data Availability, deposition, _MSP Recovery Claims, et al., v. Tower Hill Preferred Insurance Compan, et al.,_ ("Tower Hill II") N.D. Fla., Gainsville Division, Case no. 1:18-cv-00157, February 2022.


2. Forensic Analysis of IP Exfiltration, deposition, _Keybank National Association v. Williams and Weldon_, U.S. District Court for the District of Colorado, Civil Action No. 1:19-cv-03714-CMA, February 2022.

3. Data Availability, declaration, _MSP Recovery Claims, et al., v. Tower Hill Preferred Insurance Compan, et al._, ("Tower Hill") N.D. Fla., Gainsville Division, Case no. 1:18-cv-00157, January 2022.

4. Data Availability, deposition, _MSP Recovery Claims Series LLC et al. v Integon National Insurance Co. et al._, U.S. Dist. Court for the S.D. of FL., Case No. 1:20-cv-24051-AMC, December 2021.

5. ESI Protocols, Reasonableness of Technology Assisted Review (TAR) and Search Terms, 3rd expert decalaration, _In Re Diisocyanates Antitrust Litigation, MDL 2862_, (W.D.Pa.), Master Docket No. 18-1001, December 2021.

6. PDF Signature Authentication, declaration, _Laba v. JBO Worldwide Supply Pty Ltd._, US. District Court S. D. N. Y., Case No: 1:20-cv-03443-AKH, December 2021.

7. Forensic Analysis of IP Exfiltration, declaration, _Keybank National Association v. Williams and Weldon_, U.S. District Court for the District of Colorado, Civil Action No. 1:19-cv-03714-CMA, December 2021.

8. Data Availability, declaration, _MSP Recovery Claims Series LLC et al. v Integon National Insurance Co._, et al., U.S. Dist. Court for the S.D. of FL., Case No. 1:20-cv-24051-AMC, November 2021.

9. Data Availability, deposition, _Velez et al., v. Florida Power & Light Company_, Circuit Court of the 11th Circuit in and for Miami-Dade County, Florida, Case No. 2017-CA-022854-CA-01, October 2021.

10. Intellectual Property Forensics Analysis, deposition, _Philips Medical Systems, et al. v TEC Holdings, Inc., et al._, N.D. Ga., Case 1:17-cv-02864-LLM, September 2021.

11. Audio Records and Ordinary Course of Business, declaration, _Diamond Resorts U.S. Collection Development LLC v. Reed Hein & Associates, LLC d/b/a Timeshare Exit Team, et al._, U.S. Dist. Court Dist. of Nevada, Case No. 2:17-cv-03007-APG, August 2021.

12. Intellectual Property Forensics Analysis, report, _Philips Medical Systems, et al. v Zimmerman_, W.D. NC, Charlotte Division, Civil No: 3:19-cv-444, August 2021.

13. Intellectual Property Forensics Analysis, report, _Philips Medical Systems, et al. v Dorow and Griswold_, N.D. Ga., Civil No: 19-cv-272, August 2021.

14. Data Matching, deposition, _MSPA Claims, Series, LLC, v. Atlantic Specialty Insurance Company_, M.D. Fla., Case no. 6:20-cv-00553-RBD-EJK, August 2021.



15. Email Authenticity, Expert report, _Jawahar Jain v. Samsung Research America, Inc., et al.,_ Superior Court of the Stae of California, County of Santa Clara, Case No. 17-CCV-318162, August 2021.

16. ESI Protocols, Reasonableness of Technology Assisted Review (TAR) and Search Terms, Unsworn Testimony, _In Re Diisocyanates Antitrust Litigation, MDL 2862,_ (W.D.Pa.), Master Docket No. 18-1001, July 2021.

17. Data Matching, expert report, _MSPA Claims, Series, LLC et al., v. Plymouth Kingsway Amigo Insurance Co.,_ S.D. Fla., Civil Action No. 2016-CV-20212-JLK, June 2021.

18. Data Matching, expert report, _MSPA Claims, Series, LLC et al., v. Plymouth Rock Assurance Corporation, Inc. et al.,_ D. Mass., Case no. 1:18-cv-11702-ADB, July 2021.

19. Intellectual Property Forensics Analysis, report, _Philips Medical Systems, et al. v TEC Holdings, Inc., et al.,_ N.D. Ga., Case 1:17-cv-02864-LLM, July 2021.

20. Data Matching, affidavit, _MSPA Claims, Series, LLC, v. Atlantic Specialty Insurance Company_, M.D. Fla., Case no. 6:20-cv-00553-RBD-EJK, July 2021.

21. Data Matching, affidavit, _MSPA Claims, Series, LLC, v. United Automobile Insurance Company_, S.D. Fla., Case no. 1:20-cv-20887, June 2021.

22. Data Availability, deposition, _MSP Recovery Claims, Series LLC, et al., v. Markel American Insurance Company, et al.,_ S.D. Fla., Case no. 1:20-cv-24063, May 2021.

23. Data Availability, expert report, _MSP Recovery Claims, Series LLC, et al., v. Markel American Insurance Company, et al.,_ S.D. Fla., Case no. 1:20-cv-24063, May 2021.

24. Data Availability, rebuttal report, _MSPA Claims, Series, LLC, v. United Automobile Insurance Company_, S.D. Fla., Case no. 1:20-cv-20887, May 2021.

25. Data Availability, expert report, _MSP Recovery Claims, Series LLC and MSPA Claims 1, LLC, v. American National General Insurance Co, and American National Property & Casualty Co_, S.D. Fla., Case no. 1:20-cv-24077, May 2021.

26. Analysis of iPhone, Text Messages, and Fonts, trial testimony, _Rossbach v. Montefiore Medical Center et al.,_ (SDNY, 2021), case 1:19-cv-05758 , April 2021.

27. Reasonableness of Technology Assisted Review (TAR) and Search Terms, 2nd expert decalaration, _In Re Diisocyanates Antitrust Litigation, MDL 2862,_ (W.D.Pa.), Master Docket No. 18-1001, April 2021.


28. Analysis of iPhone, Text Messages, and Fonts, expert report, _Rossbach v. Montefiore Medical Center et al._, (SDNY, 2021), case 1:19-cv-05758 , April 2021.

29. Reasonableness of Technology Assisted Review (TAR) and Search Terms, 1st expert decalaration, _In Re Diisocyanates Antitrust Litigation, MDL 2862_, (W.D.Pa.), Master Docket No. 18-1001, April 2021.

30. Analsys of Document Metadata, expert report, _Grace Instrument Industries v. Chandler Instruments Co._, S.D. Texas, Houston Division, Civil Action No. 4:20-cv-1749, March 2021.

31. Trademark Specimen Forensic Review, Preliminary Report, _BNG MiraclePet_, March 2021.

32. Analysis of Computer Logs, expert report, _Center For Workplace Compliance (f/k/a/ Equal Employment Advisory Council) v. Littler Mendelson, P.C. et al._, E.D.Va., Civil Action No. 1:20-cv-1387, March 2021.

33. Analysis of Google Gmail, report, _Mirata Pharmaceuticals, LLC v. The Administrators of the Tulane Education Fund_, JAMS Ref No. 1425031941, February 2021.

34. Application Data Analysis, trial testimony, _Sinclair v. Wireless Advocates, LLC_, S.D. Fla., Collective Action Complaint, Case no. 0:20-cv-60886, February 2021.

35. Application Data Analysis, deposition, _Sinclair v. Wireless Advocates, LLC_, S.D. Fla., Collective Action Complaint, Case no. 0:20-cv-60886, January 2021.

36. Application Data Analysis, declaration, _Sinclair v. Wireless Advocates, LLC_, S.D. Fla., Collective Action Complaint, Case no. 0:20-cv-60886, January 2021.

37. Data Availability, deposition, _MSPA Claims 1, LLC, v. Covington Specialty Insurance Company_, S.D. Fla., Case no. 1:19-cv-21583, January 2021.

38. Analysis of Metadata, expert declaration, _Purevbat et al. v. Axlehire, Inc._, et al., Superior Court of the State of California County of Los Angeles, Case No. 19STCV42056, November 2020.

39. Data Availability, rebuttal report, _MSPA Claims 1, LLC, v. Covington Specialty Insurance Company_, S.D. Fla., Case no. 1:19-cv-21583, November 2020.

40. Data Availability, declaration, _MSPA Claims 1, LLC, v. Covington Specialty Insurance Company_, S.D. Fla., Case no. 1:19-cv-21583, October 2020.

41. Data Availability, deposition, _MSPA Claims 1, LLC, v. Tower Hill Prime Insurance Company and Tower Hill Claims Service, LLC_, N.D. Fla., Gainsville Division, Case no. 1:18-cv-00157, June 2020.

42. Data Availability, expert report, _MSPA Claims 1, LLC, v. Tower Hill Prime Insurance Company and Tower Hill Claims Service, LLC_, N.D. Fla., Gainsville Division, Case no. 1:18-cv-00157, May 2020.



43. Technology Assisted Review (TAR), declaration, _William Morris Endeavor Entertainment LLC, et al., v. Writers Guild of America West, Inc., et al.,_ C.D. Ca., Western District, Case no. 2:19-cv-05465-AB (FFMx), April 2020.

44. Data Analysis, declaration, _Fischer v Sentry Insurance_, United States District Court for the Western District of Wisconsin, Case no. 19-cv-156, March 2020.

45. E-Discovery and Document Review, deposition, _Brouwer et al. v. Wyndham Vacation Resorts, Inc., et al.,_ Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, December 2019.

46. Data Availability, deposition, _MSP Recovery Claims, Series LLC v. AIX Specialty Insurance Company,_ United States District Court for the Middle District of Florida, Case No. 1:18-cv-01456-PGB-DCI, November 2019.

47. Data Availability, declaration, _MSP Recovery Claims, Series LLC v. AIX Specialty Insurance Company,_ United States District Court for the Middle District of Florida, Case No. 1:18-cv-01456-PGB-DCI, September 2019.

48. Non-Public Availability of Data, declaration, _LabMD v Tiversa_, United States District Court for the Western District of Pennsylvania, No. 2:15-cv-00092-MPK, September 2019.

49. PeopleSoft Analysis, deposition, _Lopes v. Kohl's Department Stores, Inc.,_ Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, October 2019.

50. Compensation Analysis, deposition, _Lopes v. Kohl's Department Stores, Inc.,_ Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, September 2019.

51. Compensation Analysis, declaration, _Lopes v. Kohl's Department Stores, Inc.,_ Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2019.

52. Data Availability, rebuttal declaration, _MAO-MSO Recovery II, LLC v. Mercury General_, United States District Court Central District of California, Case No. 2:17-cv-02525, 2:17-cv-02557, June 2019.

53. Compensation Analysis, declaration, _Lopes v. Kohl's Department Stores, Inc.,_ Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2019.

54. Data Availability, deposition, _MAO-MSO Recovery II, LLC v. Mercury General_, United States District Court Central District of California, Case No. 2:17-cv-02525, 2:17-cv-02557, June 2019.



55. Data Availability, deposition, _MAO-MSO Recovery II, LLC v. State Farm_, United States District Court for the Central District of Illinois Peoria Division, Case No. 1:17-cv-01537-JBM-JEH, April 2019.

56. Data Availability, declaration, _MAO-MSO Recovery II, LLC v. State Farm_, United States District Court for the Central District of Illinois Peoria Division, Case No. 1:17-cv-01537-JBM-JEH, April 2019.

57. Data Availability, deposition, _MAO-MSO Recovery II, LLC v. Mercury General_, United States District Court Central District of California, Case No. 2:17-cv-02525, 2:17-cv-02557, April 2019.

58. Computer Forensics, court testimony, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, March 2019.

59. Computer Software Analysis, mediation testimony, _SelecTransportation Resources LLC v NSEIT (US), Inc._, District Court of Harris County, Texas, November 2018.

60. Computer Forensics, court testimony, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, November 2018.

61. Computer Forensics, deposition, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, July 2018.

62. Computer Forensics, expert report, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, May 2018.

63. E-Discovery Expert, unsworn testimony, _Wolford and Taylor v Bayer Essure Inc., et al._, Commonwealth of Kentucky, Pike Circuit Court, Division 1, Civil Action No. 16-CI-00907, May 2018.

64. E-Discovery Expert, unsworn testimony, _McLaughlin v. Bayer Essure Inc., et al._, US District Court for the District of Eastern Pennsylvania, Case No. 2:14-cv-07315, May 2018.

65. Computer Forensics, deposition, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, May 2018.

66. Computer, MS Outlook and MS Word Forensics, deposition, _Squire Patton Boggs (US) LLP v. Republic Services, Inc., et al._, Court of Common Pleas, Cuyahoga County, Ohio, Case No: CV-16-870257, May 2018.

67. Document Search and Retrieval, testimony, _Klebba et al. v. Wyndham Vacation Resorts, Inc., et al._, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, March 2018.



68. Enterprise Architecture and Information Retrieval, testimony, _Klebba et al. v. Wyndham Vacation Resorts, Inc., et al._, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, December 2017.

69. Computer Forensics, ESI Cost and Burden, testimony, _United States v. David Shulick_, U.S. District Court for the Eastern District of Pennsylvania, Criminal No. 16-428, October 2017.

70. Enterprise Architecture and Information Retrieval, testimony, _Klebba et al. v. Wyndham Vacation Resorts, Inc., et al._, Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Case No. 2014-CA-008535, September 2017.

71. Computer Forensics, affidavit, _PNC Bank, National Association v. Vander Molen_, US District Court for the Western District of Pennsylvania, Civil Action No. 2:17-CV-00867-CRE, July 2017.

72. Computer Forensics, expert report (supplemental), _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, July 2017.

73. Compensation Analysis, accounting report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, June 2017.

74. Compensation System Applications, deposition, _Eldard, Wall, et al. v. Hewlett-Packard Co._, et al, Case No. 30-2012-00537897-CU-BT-CXC, Superior Court of the State of California for the County of Orange, May-June 2017.

75. Compensation System Applications, declaration, _Eldard, Wall, et al. v. Hewlett-Packard Co._, et al, Case No. 30-2012-00537897-CU-BT-CXC, Superior Court of the State of California for the County of Orange, May 2017.

76. Cellphone Forensics, declaration, _Urias et al. v. Lopez et al._, Cause No. B-140516, District Court of Ector County, Texas, 161st Judicial District, May 2017.

77. Email Forensics, declaration, _Garrubbo v Plainfield Country Club et al_, Docket No. Mid-L-7273-13, Superior Court of New Jersey, Law Division: Middlesex County, March 2017.

78. Email Forensics, declaration, _Kraja v Bellagio, LLC et al_, Case No. 2:15-cv-01983-APG-NJK, US District Court, District of Nevada, February 2017.

79. Electronic Discovery, adequacy of search, declaration, _Immigrant Defense Project v. United States Immigration and Customs Enforcement Agency (ICE) et al_, Case No. 16 Civ. 387 (KBF), US District Court, Southern District of New York, November 2016.



80. Electronic Discovery, inspection of enterprise systems, _Arine vs. Aaroma Holdings, LLC_, Docket No. MID-L-7291-11, Superior Court of New Jersey, Law Division, Middlesex County, October 2016.

81. Electronic Discovery, adequacy of search, declaration, _National Day Laborer Organizing Network (NDLON) et al v. United States Immigration and Customs Enforcement Agency (ICE) et al,_ Case No. 16 Civ. 387 (KBF), US District Court, Southern District of New York, October 2016.

82. Software Code Analysis, trial testimony, _HESC v. Valtech Technologies, Inc. et al.,_ 68th District Court, Dallas County, Docket # DC-13-065947-C, October 2016.

83. Software Code Analysis, deposition, _HESC v. Valtech Technologies, Inc. et al.,_ 68th District Court, Dallas County, Docket # DC-13-065947-C, August 2016.

84. Compensation Analysis, accounting report, _Lopes v. Kohl's Department Stores, Inc.,_ Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2016.

85. Forensic Data Recovery, affidavit, _Arine v. AAroma Holdings, LLC et al.,_ Superior Court of New Jersey Law Division: Middlesex County, Docket No. MID-L-7291-11, June 2016.

86. Software Code Analysis, expert report, _HESC v. Valtech Technologies, Inc. et al.,_ 68th District Court, Dallas County, Docket # DC-13-065947-C, June 2016.

87. Application Forensics, deposition, _ARKO Plumbing Corp. v. Rudd et al.,_ Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL, Case No.: 13-019894-CA-06, May 2016.

88. Computer, MS Outlook and MS Word Forensics, report, _Luri v Republic Services, Inc. et al.,_ Court of Common Pleas, Cuyahoga County, Ohio, Case No: CV 07-633043, April 2016.

89. Application Forensics, declaration, _ARKO Plumbing Corp. v. Rudd et al.,_ Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL, Case No.: 13-019894-CA-06, April 2016.

90. Email and Internet Forensics, affidavit, _Bowman v. Infrahealth Enterprises, LLC, et al.,_ District Court of Travis County, Texas, 261st Judicial District, Cause No. D-1-GN-14-001548, February 2016.

91. Structured Data Acquisition and Production, unsworn testimony, _In Re Blue Cross Blue Shield Antitrust Litigation,_ U.S. District Court, Northern District of Alabama, No. 13-20000, January 2016.

92. Database Forensics, Computer Forensics, declaration in support of fee application, _Klipsch Group, Inc., v. Big Box Limited et al,_ US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), January 2016.


93. Computer Forensics, deposition, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, December 2015.

94. Compensation Analysis, accounting report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, December 2015.

95. Compensation Analysis, accounting report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, October 2015.

96. ESI Best Practices, deposition, _LaBarre et al. v. Occidental Chemical Company, et al._, Twenty-Third Judicial Dist. Court, Parish of Assumption, State of Louisiana, Docket no. 33796, October 2015.

97. Compensation Analysis, interim report, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, October 2015.

98. Computer Forensics, expert report (supplemental), _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, October 2015.

99. Relative Accessibility of ESI, affidavit, _Wal-Mart Stores, Inc., v. Cuker Interactive, LLC_, Western District of Arkansas, C.A. No. 5:14-cv-5262, September 2015.

100. Computer Forensics, Time Stamps, expert affidavit, _Pursuit Partners, LLC v. UBS et al._, Superior Court at Waterbury, Docket No. UWY-X10-CV-08-403318-S, August 2015.

101. PeopleSoft and Kronos, evidentiary hearing testimony, _Lopes v. Kohl's Department Stores, Inc._, Superior Court for the State of California for the County of Alameda, Lead Case No.: RG08380189, August 2015.

102. Application Forensics, declaration, _ARKO Plumbing Corp. v. Rudd et al._, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, FL, Case No.: 13-019894-CA-06, June 2015.

103. Structured Data, expert report, _Myers v. Wal-Mart Stores, Inc., et al._, Southern District of Mississippi, Civil Action No.: 1:14CV264-HSO-RHW, June 2015.

104. Software Code Analysis, expert disclosure, _HESC v. Valtech Technologies, Inc. et al._, 68th District Court, Dallas County, Docket # DC-13-065947-C, June 2015.

105. Computer Forensics, expert report, _Indiana Electrical Workers Pension Trust Fund IBEW v. Wal-Mart Stores, Inc._, Court of Chancery, State of Delaware, Case No. 7779-CB, February 2015.

106. Database Forensics, Computer Forensics, declaration, _Klipsch Group, Inc., v. Big Box Limited et al_, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), February 2015.



107. Format of Production, affidavit, _Zaremba v. Biomet et al._, Circuit Court of the Twelfth Judicial Circuit, Sarasota County, Florida, Case No. 2014-CA-01932-NC, January 2015.

108. Database Forensics, Computer Forensics, trial testimony, _Klipsch Group, Inc., v. Big Box Limited et al_, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), January 2015.

109. Computer Forensics, declaration, _L-3 Communications Corp., et al., v. Jaxon Engineering & Maintenance, Inc., et al._, US District Court, District of Colorado, November 2014.

110. Database Forensics, Computer Forensics, deposition testimony, _Klipsch Group, Inc., v. Big Box Limited et al_, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), November 2014.

111. Computer Forensics, expert report, _Securities Exchange Commission v. McGinnis et al._, US District Court for the District of Vermont, Civil Action No. 5:14-CV-6, November 2014.

112. E-mail, supplemental declaration, _Martin, Covarrubias and Greenwold v. Ernst & Young, LLP_, American Arbitration Association, No. 74 20 1200 0645 12, November 2014.

113. Computer Forensics, deposition, _Debs v. Prepared Insurance Company_, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 12-02393 CA 08, October 2014.

114. E-mail, declaration, _Martin, Covarrubias and Greenwold v. Ernst & Young, LLP_, American Arbitration Association, No. 74 20 1200 0645 12, October 2014.

115. Computer Forensics, declaration, _Debs v. Prepared Insurance Company_, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Case No. 12-02393 CA 08, October 2014.

116. Electronic Discovery, Email, Databases, Records Retention, Preservation, Spoliation, declaration, _Van Treek v. Klinck, Takeda Pharmaceuticals America, Inc., et al_, State of Wisconsin, Milwaukee County, Circuit Court, Case No. 12CV007359, September 2014.

117. Records Retention, Data Restoration, Corporate Systems, NMRA 1-30(b)(6) deposition, _Bishop-Dudasik v. Takeda Pharmaceuticals America, Inc., et al_, State of New Mexico, County of Santa Fe, First Judicial District Circuit, Case no. D-101-CV-2012-00285, August 2014.

118. Database Forensics, Computer Forensics, expert report, _Klipsch Group, Inc., v. Big Box Limited et al_, US District Court, Southern District of New York, Case No. 12-CIV-6283 (VSB) (MHD), August 2014.



119. Electronic Discovery, Legal Holds, Reasonable Anticipation, expert testimony, _Wisniewski v. Takeda Pharmaceuticals America, Inc., et al._, Court of Common Pleas, Philadelphia County, Case No. 120702272, July 2014.

120. E-Discovery Protocol Compliance, declaration, _LendingTree, LLC v. Zillow, Inc. et al_, US District Court, Western District of North Carolina, Case No. 3:10-cv-00439-FDW-DCK, June 2014.

121. Data Deletion, declaration, _Arthrex, Inc. and Arthrex Manufacturing, Inc. v. Parcus Medical, LLC_, US District Court, Middle District of Florida, April 2014.

122. Electronic Discovery, deposition, _IDT Corp. v. Morgan Stanley Dean Witter & Co., et al._, Sup. Ct. N.Y. County, April 2014.

123. Document Retention and Storage, 206(a)(1) deposition, _In Re: Actos Litigation_, Circuit Court, Cook County, Illinois, Case No. 2011-L-010011, March 2014.

124. Digital Forensics, declaration, _Baggerwerken Decloedt En Zoon N.V. v. Republic of the Philippines_ (ICSID Case No. ARB/11/27), March 2014.

125. Adequacy of Search, declaration, _Bigwood v. U.S. Dept. of Defense and CIA_, US District Court, District of Columbia, March 2014.

126. Electronic Discovery, rebuttal report, _IDT Corp. v. Morgan Stanley Dean Witter & Co., et al._, Sup. Ct. N.Y. County, February 2014.

127. Computer Forensics, declaration, _Arthrex, Inc. and Arthrex Manufacturing, Inc. v. Parcus Medical, LLC_, US District Court, Middle District of Florida, February 2014.

128. Public Hearing on Proposed Amendments to the Federal Rules of Civil Procedure, testimony, Dallas, Texas, February 7, 2014.

129. Electronic Discovery, expert report, _IDT Corp. v. Morgan Stanley Dean Witter & Co., et al._, Sup. Ct. N.Y. County, January 2014.

130. Computer Forensics, declaration, _L-3 Communications Corp., et al., v. Jaxon Engineering & Maintenance, Inc., et al._, US District Court, District of Colorado, January 2014.

131. Electronic Discovery, declaration, _In Re Actos (pioglitazone)_, MDL 2299, US District Court, Western District of Louisiana, October 2013.

132. Computer Forensics, declaration, _Teledyne Instruments, Inc. v. Cairns and Abyssal Systems, Inc._, US District Court, Middle District of Florida, September 2013.



133. Legal Holds, 30(b)(6) deposition, _In Re Actos (pioglitazone)_, MDL 2299, US District Court, Western District of Louisiana, September 2013.

134. Computer Forensics, Electronic Discovery, deposition, _Eaton Corporation et al v. Jeffery D. Frisby, et al_, The Circuit Court of the First Judicial District of Hinds County, Mississippi, September 2013.

135. Computer Forensics, rebuttal report, _In the Matter of Certain Paper Shredders, Certain Processes for Manufacturing or Relating to Same, and Certain Products Containing Same and Certain Parts Thereof_, Investigation No. 337-TA-863, Washington, DC, September 2013.

136. Electronic Discovery, declaration, _Nath et al v. Kapalua Bay LLC et al_, Civil Court in the Second Circuit, State of Hawaii, August 2013.

137. Records Management, 30(b)(6) deposition, _In Re Actos (pioglitazone)_, MDL 2299, US District Court, Western District of Louisiana, August 2013.

138. Computer Forensics, report, _In the Matter of Certain Paper Shredders, Certain Processes for Manufacturing or Relating to Same, and Certain Products Containing Same and Certain Parts Thereof_, Investigation No. 337-TA-863, Washington, DC, August 2013.

139. Electronic Discovery, report, _Teledyne Instruments, Inc. v. Cairns and Abyssal Systems, Inc._, US District Court, Middle District of Florida, July 2013.

140. Electronic Discovery, declaration, FINRA Examination, April 2013.

141. Electronic Discovery, discovery hearing, _Fosamax / Alendronate Sodium Drug Cases_, JCCP No. 4644, Superior Court of the State of California, Orange County, April 2013.

142. Electronic Discovery, declaration, _State of Louisiana v. GlaxoSmithKline, LLC et al._, Nineteenth Judicial District Court, Eastern District of Louisiana, April 2013.

143. Electronic Discovery, declaration, _Oral Cancer Prevention International, Inc. v. OraPharma, Inc. et al._, American Arbitration Association, Case No. 13 122 Y 01477 12, March 2013.

144. Electronic Discovery, declaration, _Fosamax / Alendronate Sodium Drug Cases_, JCCP No. 4644, Superior Court of the State of California, Orange County, March 2013.

145. Electronic Discovery, declaration, _Oral Cancer Prevention International, Inc. v. OraPharma, Inc. et al._, American Arbitration Association, Case No. 13 122 Y 01477 12, February 2013.

146. Expert in the Discovery of Databases, declaration, _In Re Text Messaging Antitrust Litigation_, US District Court, Northern District of Illinois, MDL No. 1997, February 2013.



147. Electronic Discovery, Email and Mobile Devices, declaration, _Commonwealth of Pennsylvania v. Joan Orie Melvin_, In the Court of Common Pleas, Allegheny County, January 2013.

148. Electronic Discovery, declaration, _Teledyne Instruments, Inc. v. Cairns and Abyssal Systems, Inc._, US District Court, Middle District of Florida, December 2012.

149. Electronic Discovery, declaration, _In Re: Potash Antitrust Litigation (II)_, MDL Docket No. 1996, US District Court, Northern District of Illinois, December 2012.

150. Electronic Discovery, affidavit, _ADT Security Services, Inc. v. Pinnacle Security, LLC et al._, Civil Action no. 1:10-cv-07467, US District Court, Northern District of Illinois, November 2012.

151. Computer Forensics, affidavit, _Commonwealth of Pennsylvania v. Joan Orie Melvin_, In the Court of Common Pleas, Allegheny County, No. 201209885, November 2012.

152. Electronic Discovery, declaration _Teledyne RD Instruments, Inc. et al v. Rowe Technologies, Inc. et al_, Superior Court of State of California, San Diego County, November 2012.

153. Electronic Discovery, declaration _Teledyne RD Instruments, Inc. et al v. Rowe Technologies, Inc. et al_, Superior Court of State of California, San Diego County, October 2012.

154. Computer Forensics and Computer Science, deposition, _In the Matter of Certain Electronic Devices with Graphics Data Processing Systems, Components Thereof and Associated Software_, Investigation No. 337-TA-813, U.S. International Trade Commission, August 2012.

155. Computer Forensics, declaration, _In the Matter of Certain Electronic Devices with Graphics Data Processing Systems, Components Thereof and Associated Software_, Investigation No. 337-TA-813, U.S. International Trade Commission, August 2012.

156. Electronic Discovery, Format of Production, testimony, _NJDEP, et al. v. Occidental Chemical Corporation, et al._ (Superior Court of New Jersey, Essex County Docket ESX-L-9868-05), July 2012.

157. Electronic Discovery, Format of Production, declaration, _NJDEP, et al. v. Occidental Chemical Corporation, et al._ (Superior Court of New Jersey, Essex County Docket ESX-L-9868-05), June 2012.

158. Computer Forensics, affidavit, _Edgenet v. Home Depot U.S.A. Inc._, Circuit Court for State of Wisconsin, Waukesha County, July 2012.

159. Computer Forensics, declaration _In the Matter of Certain Electronic Devices with Graphics Data Processing Systems, Components Thereof and Associated Software_, Investigation No. 337-TA-813, U.S. International Trade Commission, June 2012.



160. Computer Forensics, affidavit and deposition, _Edgenet v. Home Depot U.S.A. Inc._, Circuit Court for State of Wisconsin, Waukesha County, June 2012.

161. Computer Forensics and Computer Science, declaration, _In the Matter of Certain Computing Devices with Associated Instructions Sets and Software_, Investigation No. 337-TA-812, U.S. International Trade Commission, June 2012.

162. Electronic Discovery and Computer Science, declaration, _Laura Kenyon v. Deere & Company_, District Court for State of Colorado, El Paso County, April 2012.

163. Electronic Discovery, Adequacy of Search, declaration, _National Day Laborer Organizing Network (NDLON) et al v. United States Immigration and Customs Enforcement Agency (ICE) et al_, 10 CV 3488 (SAS) (KNF), US District Court, Southern District of New York, March 2012.

164. Electronic Discovery and Computer Science, testimony, _Kleen Products LLC v. Packaging Corporation of America et al._, US District Court, Northern District of Chicago, Chicago, IL, March 2012.

165. Electronic Discovery and Computer Science, testimony, _Kleen Products LLC v. Packaging Corporation of America et al._, US District Court, Northern District of Chicago, Chicago, IL, February 2012.

**SELECT SPEAKING ENGAGEMENTS AND CONFERENCES (Past 5 Years)**

1. University of Florida Levin School of Law, 9th Annual E-Discovery Conference, _Structured Data and the Internet of Things_, Tampa Bay, FL, March 2022.

2. University Club of Orlando, CLE Presentation, _Structured Data_, Orlando, FL, March 2022.

3. Univeristy of Florida Levin College of Law 9th Annual Conference Board, remote speaker, _How to be an Effective On-Line Speaker: PowerPoint and Zoom tips_, Tampa Bay, Florida, January 2022.

4. Georgetown Global Advanced E-Discovery Institute, _Annual Conference_, advisory board, speaker: _Social Justice and E-Discovery_, Washington, D.C., November 2021.

5. eDiscovery Leaders Live, _George Socha and Dan Regard_, podcast, November 2021.

6. Sedona Conference, Annual Meeting, WG1, _Database Discovery_, panelist, Cleveland, OH, October 2021.

7. Electronic Discovery Institute, attendee, _Leadership Conference_, Santa Barbara, California, October 2021.

8. Univeristy of Florida Levin College of Law, guest lecturer, _Search Terms and Technology Assisted Review_, Tampa Bay, Florida, October 2021.



9. William & Mary Law School, guest lecturer, _Introduction of Computers and Big Data for Lawyers_, Williamsburg, VA, September 2021.

10. Chats with Tom and Rachi, _CEO Dan Regard_, podcast, May 2021.

11. University of Florida Levin School of Law, Media, Technology, and Law, _Surveillance Capitalism_, Tampa Bay, FL, March 2021.

12. University of Florida Levin School of Law, E-Discovery Conference, _Short Messages_, Tampa Bay, FL, March 2021.

13. University of Florida Levin School of Law, guest lecturer, _The Future of Litigation_, Tampa Bay, FL, March 2021.

14. Motivational speaker, _How to Moderate a Remote Panel_, University of Florida, Pottstown, PA, February 2021.

15. Clear Law Institute, webinar, _Ready to Remain Remote? Legal, Technical and Cyber Concerns for a Remote Workforce_, speaker, Pottstown, PA, February 2021.

16. Georgetown Global Advanced E-Discovery Institute, _Annual Conference_, advisory board, speaker, Washington, D.C., November 2020.

17. Lean Discovery, _Data as a Digital Witness_, podcast, September, 2020.

18. iDiscovery Solutions, webinar, _Fact Crashing Roadshow_, speaker, Pottstown, PA, August 2020.

19. Clear Law Institute, webinar, _Best Practices for Conducting Remote Depositions_, speaker, Pottstown, PA, August 2020.

20. CCBJ Perspectives Podcast, webinar, _Fact Crashing_, Pottstown, PA, September 2020.

21. The Sedona Confernce, webinar, _Virtual Town Hall: Conducting eDiscovery in Disputes involving Artificial Intelligence_, speaker, Pottstown, PA, July 2020.

22. Baker Donelson CEO Podcast, _Sitting with the C-Suite_, interviewee, Pottstown, PA, June 2020.

23. Nextpoint, webinar, _Best Practices for Remote Depositions_, speaker, Pottstown, PA, June 2020.

24. CCBJ Perspectives Podcast, interview, The Impact of Big Data in Litigation, Pottstown, PA, June 2020.

25. The Masters Conference, webinar, _Best Practices for Remote Depositions_, speaker, Pottstown, PA, April 2020.

26. Georgetown Advanced E-Discovery Institute, _Annual Conference_, director, speaker, Washington, D.C., November 2019.



27. Motivational speaker, _How to Moderate a Remote Panel_, Georgetown AEDI, Pottstown, PA, September 2020.

28. Clear Law Institute, webinar, _The Impact of Big Data in Litigation,_ speaker, Washington, D.C., September 2019.

29. The Sedona Conference, Working Group 6, _Mid-year Meeting_, St. Pete, Florida, January 2019.

30. Clear Law Institute, webinar, _E-Discovery Under the GDPR: Tension with U.S. Rules and Avoiding Penalties for Noncompliance_, Washington, D.C., March 2019

31. Eighth Annual ASU-Arkfeld eDiscovery and Digital Evidence Conference, _Detecting Fabricated Evidence - Panel_, Phoenix, AZ, March 2019.

32. Georgetown Advanced E-Discovery Institute, _Annual Conference_, director, speaker, Washington, D.C., November 2018.

33. The Master's Conference, _Big Data in Litigation_, speaker, Washington, D.C., October 2019.

34. University of Pennsylvania Law School, guest lecturer, _Computer Networks and E-Discovery_, Philadelphia, PA, October 2018.

35. Baker Donelson Innovation Webinar: Analyzing the Impact of Artificial Intelligence in Legal, presenter, _The Myth of Artificial Intelligence_, September 2018.

36. ABA Cross-Border Discovery Institute, _Minimizing Risks: Preservation and Collection_, panelist, Brussels, Belgium, July 2018.

37. The Master's Conference, _Big Data in Litigation_, speaker, Denver, CO, June 2018.

38. ABA National Institute on E-Discovery, panelist, _Protecting Data Security in Discovery_, Chicago, IL, May 2018.

39. Spring May-rathon, panelist, _Dominating Litigation in a Digital Society_, national webinar, May 2018.

40. Sixth Circuit Judicial Conference, speaker, _Big Data in Litigation: The Big Picture_, Nashville, TN, May 2018.

41. American University Law School, guest lecturer, _Introduction of Computers and Big Data for Lawyers_, Washington, DC, February 2018.

42. Temple Law School, guest lecturer, _Introduction of Computers and Big Data for Lawyers_, Philadelphia, PA., January 2018.

43. DC Bar Association, e-Discovery Subcommittee, _Big Data in Litigation_, speaker, January 2018.



44. Florida Institute of CPA's, Valuation, Forensic Accounting & Litigation Services Conference, _Accounting in a Digital Universe_, speaker, Ft. Lauderdale, Fl., January 2018

45. Today's General Counsel Institute (TCGI), "The Exchange" Data Privacy and Cybersecurity Forum, attendee, Los Angeles, December 2017

46. American Bar Association, _11th Annual Labor and Employment Law Conference_, attendee, Washington, D.C., November 2017.

47. Georgetown Advanced E-Discovery Institute, _Annual Conference_, director, attendee, Washington, D.C., November 2017.

48. The Master's Conference, e-Discovery Roundtable, attendee, Orlando, FL, November 2017.

49. Today's General Counsel Institute (TCGI), "The Exchange" Data Privacy and Cybersecurity Forum, attendee, Washington, D.C., November 2017.

50. 3rd Annual Judicial Training Symposium, speaker, _TED-style talk: Big Data_, Tucson, AZ, October 2017.

51. University of Pennsylvania Law School, guest lecturer, _Computer Networks and E-Discovery_, Philadelphia, PA, October 2017.

52. The ABA Cross-Border Discovery Institute: The Interplay between E.U. Data Protection and U.S. Discovery, _The Impact of the Cloud on Cross-Border Discovery_, moderator, Munich, Germany, July 2017.

53. The ABA Cross-Border Discovery Institute: The Interplay between E.U. Data Protection and U.S. Discovery, _How Do You Manage Cross Border Discovery with Your Opponent and the Court? Rule 26(f), Rule 16, and Protective Orders_, panelist, Munich, Germany, July 2017.

54. Today's General Counsel Institute, "The Exchange" eDiscovery, _Managing Creation and Defensible Disposition of Company Data_, panelist, and speaker, New York, NY, July 2017.

55. The Sedona Conference, Working Group 6, _Annual Meeting_, Maynooth, Ireland, June 2017.

56. Metropolitan Corporate Counsel, _IoT & Disparate Data for Labor & Employment Cases_, webinar speaker, Washington DC, May 2017.

57. The Executive Employer, _The Power of Your Electronic Data_, panelist, Phoenix, AZ, May 2017.

58. ACI, conference, _29th National Forum on Wage & Hour Claims & Class Actions_, attendee, Miami, FL, January 2017.

**PROFESSIONAL AFFILIATIONS**



- Louisiana Bar Association
- American Bar Association
- International Bar Association
- Sedona Conference Working Group 1 on Electronic Document Retention and Production
- Sedona Conference Working Group 6 on International Electronic Information Management, Discovery and Disclosure
- Georgetown Advanced Institute for e-Discovery, Director
- George Washington Law School, Discovery Proportionality Steering Committee
- Electronic Discovery Institute (EDI)
- University of Florida, e-Discovery Conference, Steering Committee
- ABA Cross-Border Institute, Steering Committee