

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

February 15, 2023

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Singer v. Bank of Palestine*, **No. 19-cv-0006 (ENV)(RML)**

Dear Judge Levy:

      We write further to the status report filed yesterday regarding the parties' discussions on the additional review of Tape 6 by an independent vendor. The parties now have agreed on a Protocol and Stipulation to govern that review, and respectfully request that Your Honor so-order the proposed Protocol and Stipulation, attached hereto as Exhibit A.

      Respectfully submitted,

      */s/ Gassan A. Baloul*
      Gassan A. Baloul

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.