

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

February 24, 2023

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Singer v. Bank of Palestine*, No. 19-cv-0006 (ENV)(RML)

Dear Judge Levy:

In accordance with the Court's docket order of February 15, 2023, we write on behalf of all parties to provide a further status report concerning the parties' discussions with respect to the additional review of Tape 6 by an independent vendor.

As the Court is aware, the parties have agreed on the protocol to govern the review, which has been submitted to and so-ordered by the Court.  (*See* ECF 108.)

Additionally, the parties have had further communications with Forensic Risk Alliance ("FRA"), and anticipate retaining FRA as the independent vendor.  The parties have requested that FRA prepare a draft engagement letter for the parties' review, and have provided FRA with the protocol, which FRA will incorporate into the engagement letter.  FRA has indicated it will circulate the draft engagement letter next week.

The parties respectfully propose to submit a further status report no later than March 10, 2023.

45 Offices in 20 Countries

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.

Squire Patton Boggs (US) LLP

**VIA ECF**

Hon. Robert M. Levy
United States District Court, Eastern District
of New York
February 24, 2023

Respectfully submitted,

*/s/ Gassan A. Baloul*
Gassan A. Baloul