OSEN LLC
ATTORNEYS AT LAW

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

July 12, 2024

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: *Singer, et al. v. Bank of Palestine,* 19-cv-006 (ENV) (RML)**

Dear Judge Levy:

Pursuant to the Court's May 31, 2024, Minute Order, we write on behalf of all parties to provide a further status report regarding jurisdictional discovery.

Plaintiffs responded to Defendant's May 21 letter with a letter on July 5, 2024. Defendant is reviewing and will provide Plaintiffs with a response. The parties will continue to communicate and respectfully propose to submit a further status report no later than August 29, 2024. The parties also request a telephonic status conference with the Court the week of September 10, 2024, or whenever thereafter is convenient for the Court.

Respectfully submitted,

/s/ Michael Radine

cc: All counsel of record (via ECF)