

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O +1 202 457 6000
F +1 202 457 6315
squirepattonboggs.com

Gassan A. Baloul
T +1 202 457 6155
gassan.baloul@squirepb.com

August 29, 2024

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Singer v. Bank of Palestine*, No. 19-cv-0006 (ENV)(RML)

Dear Judge Levy:

In accordance with the Court's docket order of July 12, 2024, we write on behalf of all parties to provide a further status report regarding jurisdictional discovery.

As discussed in the parties' prior status report, Plaintiffs sent a letter on July 5, 2024, responding to BOP's letter of May 21, 2024. On August 27, 2024, BOP provided Plaintiffs with a response to their July 5 letter.

The parties appear to have reached an impasse regarding jurisdictional discovery and the appropriate next steps. At the Court's request, the parties would be happy to provide additional details regarding their respective positions by way of a submission in advance of the parties' September 11 conference with the Court.

The parties look forward to addressing these matters further at the upcoming conference.

Respectfully submitted,

Squire Patton Boggs (US) LLP

*/s/ Gassan A. Baloul*
Gassan A. Baloul

47 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.