

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

September 17, 2024

**VIA ECF**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Singer, et al. v. Bank of Palestine,* **19-cv-006 (ENV) (RML)**

Dear Judge Levy:

Pursuant to the Court's instruction during the September 11, 2024, status conference, we respectfully write on behalf of all parties to provide the following proposed briefing schedule:

- Plaintiffs' motion to compel: **October 31, 2024.**

- Defendant's opposition to the motion to compel and cross-motion for a protective order: **December 16, 2024.**

- Plaintiffs' opposition to the cross-motion and reply in support of the motion to compel: **January 14, 2025.**

- Defendant's reply in support of the cross-motion: **February 11, 2025.**

                                        Respectfully submitted,

                                        /s/ Michael Radine

cc:    All counsel of record (via ECF)