

Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, District of Columbia 20037

O  +1 202 457 6000
F  +1 202 457 6315
squirepattonboggs.com


Gassan A. Baloul
T   +1 202 457 6155
gassan.baloul@squirepb.com

June 20, 2025

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *Singer v. Bank of Palestine*, **No. 19-cv-0006 (ENV)(RML)**

Dear Judge Levy:

      We write on behalf of Bank of Palestine ("BOP") to request an adjournment of the conference scheduled for June 25, 2025 in the above-referenced action. We are unavailable on June 25 due to a family matter, and thereafter will be unable to appear for two weeks due to a separate medical issue. Accordingly, we respectfully request that the conference be adjourned to a day during the week of July 14, 2025 (with the exception of Tuesday, July 15), or any date thereafter convenient to the Court.

      We have communicated with Plaintiffs, who have consented to this request and advise that they are available the week of July 14, as well as July 21 or July 22 of the following week.

      No previous requests for adjournment of this conference have been made.

      We thank the Court for its attention to this matter.

      Respectfully submitted,

      Squire Patton Boggs (US) LLP

      */s/ Gassan A. Baloul*
      Gassan A. Baloul

47 Offices across 4 Continents

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities.

Please visit squirepattonboggs.com for more information.