

190 Moore Street, Suite 272, Hackensack, New Jersey  07601
T: 201 265 6400 F: 201 265 0303

1441 Broadway, New York, New York  10018
T: 212 354 0111
www.osenlaw.com

September 29, 2025

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Singer v. Bank of Palestine*, 19-cv-0006 (ENV)(RML)

Dear Judge Levy:

    Pursuant to the September 15, 2025, Minute Order, we write on behalf of all parties to provide an update on our discussions with the independent vendor, Forensic Risk Alliance ("FRA").

    As noted in our prior joint status letter, the parties received an initial proposal from FRA on September 10. *See* ECF No. 141. Plaintiffs wrote a letter to FRA on September 17, 2025, regarding FRA's proposal and raising certain technical issues. BOP wrote a letter to FRA responding to Plaintiffs' letter on September 27, 2025. The parties will continue to communicate with FRA to refine these issues as they relate to FRA's cost estimate.

    The parties anticipate that FRA will shortly be able to issue a revised proposal taking into consideration the issues raised in these communications. The parties propose providing a further update on the process by October 13, 2025, at which time Plaintiffs have advised BOP that they wish to propose a schedule for simultaneous briefing on the issue of cost shifting. BOP opposes cost shifting and submits that, if there is briefing on that issue, then Plaintiffs should make an initial submission to which BOP will respond. Accordingly, when they file their proposed status report on October 13, the parties will also set forth their respective proposals for briefing the issue of costs.

    Respectfully submitted,

    /s/ Michael Radine

cc:    All counsel