OSEN LLC
ATTORNEYS AT LAW

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400 F: 201 265 0303

44 South Broadway, White Plains, NY 10601
T: 212 354 0111
www.osenlaw.com

September 15, 2026

**VIA ECF**

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Singer v. Bank of Palestine*, 19-cv-0006 (ENV)(RML)**

Dear Judge Levy:

We write on behalf of all parties to respectfully request adjourning the court conference currently scheduled for September 23, 2026 to the week of October 26, 2026.

The parties' independent vendor has provided the parties with a draft memorandum of findings and the parties are discussing the necessary steps for finalizing that memorandum. However, due to the parties' (and FRA's) schedules, they will require additional time to complete that process. Thus, adjourning the conference will preserve judicial resources.

Respectfully submitted,

/s/ Michael Radine

cc: All counsel